

No. 16–0761/AR. U.S. v. Jacob I. McGowan. CCA 20150807. In the above referenced cases, on further consideration of the granted issues, and in view of *United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017), it is ordered that the decision of the United States Army Court of Criminal Appeals is hereby affirmed.

No. 16–0711/AF. U.S. v. Michael J.D. Briggs. CCA 38730. On further consideration of the granted issue, and in view of *United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017), it is ordered that the decision of the United States Air Force Court of Criminal Appeals is hereby affirmed.

No. 16–0722/AR. U.S. v. Max S. Maydoney. CCA 20150324. On further consideration of the granted issue, and in view of *United States v. Ortiz*, 76 M.J. 189 (C.A.A.F. 2017), it is ordered that the decision of the United States Army Court of Criminal Appeals is hereby affirmed.

No. 16–0729/NA. U.S. v. Brandon G. Darnall. CCA 20150010. Appellee's motion for leave to file and motion to file the brief out of time is granted.

Thursday, May 4, 2017